UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Benjamin & Jeri Chapman | ) | CASE No. 06-40379 |
| | ) | |
| Debtor | ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   GMAC Mortgage, ATTN: Mail Code 507-345-110, 3451 Hammond Ave., Waterloo, IA 50702

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $488.89 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 106900 to the creditor on May 3, 2011. The creditor issued a refund check in the amount of $488.89 on May 27, 2011 with a letter stating "Case Dismissed". The Trustee has turned over the sum of $488.89 to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 13th day of June, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 13th day of June, 2011 to:

GMAC Mortgage, ATTN: Mail Code 507-345-110, 3451 Hammond Ave., Waterloo, IA 50702
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960

                /s/ David A. Rosenthal
                David A. Rosenthal
                Chapter 13 Trustee
                P.O. Box 505
                Lafayette, IN 47902
                (765) 742-8248